IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Coleman, Earnest | Case Number: 04 B 18420 |
|---|---|---|
| | Benson-Coleman, Gloria | Judge: Wedoff, Eugene R |
| | Printed: 5/20/08 | Filed: 5/11/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: April 4, 2008
Confirmed: July 8, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 56,269.49 |  |
| Secured: |  | 19,940.92 |
| Unsecured: |  | 10,927.86 |
| Priority: |  | 19,055.05 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 2,780.93 |
| Other Funds: |  | 864.73 |
| Totals: | 56,269.49 | 56,269.49 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 15,644.30 | 15,644.30 |
| 3. | Harris Bank | Secured | 2,635.03 | 2,544.62 |
| 4. | Chase Manhattan Mortgage Corp | Secured | 1,381.14 | 1,381.14 |
| 5. | Vista Property Managment | Secured | 370.86 | 370.86 |
| 6. | Internal Revenue Service | Priority | 19,055.05 | 19,055.05 |
| 7. | Chase Manhattan Mortgage Corp | Unsecured | 450.00 | 450.00 |
| 8. | Illa Patel | Unsecured | 1,400.00 | 1,399.23 |
| 9. | Dr John Lenz, DDS | Unsecured | 30.00 | 30.00 |
| 10. | Short Term Loans LLC | Unsecured | 939.27 | 939.27 |
| 11. | Resurgent Capital Services | Unsecured | 2,182.50 | 2,182.50 |
| 12. | TCF Bank | Unsecured | 155.00 | 155.00 |
| 13. | Brother Loan & Finance | Unsecured | 1,466.53 | 1,466.53 |
| 14. | Household Tax Masters | Unsecured | 857.54 | 857.54 |
| 15. | Internal Revenue Service | Unsecured | 2,418.15 | 2,418.15 |
| 16. | T Mobile USA | Unsecured | 1,029.64 | 1,029.64 |
| 17. | Avon Products | Unsecured | | No Claim Filed |
| 18. | Gateway | Unsecured | | No Claim Filed |
| 19. | Harrah's | Unsecured | | No Claim Filed |
| 20. | Blair | Unsecured | | No Claim Filed |
| 21. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 22. | Banco Popular | Unsecured | | No Claim Filed |
| 23. | Archie & Acharya | Unsecured | | No Claim Filed |
| 24. | Gottlieb Comm Health Svcs | Unsecured | | No Claim Filed |
| 25. | Direct Merchants | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Coleman, Earnest | Case Number: 04 B 18420 |
|---|---|---|
| | Benson-Coleman, Gloria | Judge: Wedoff, Eugene R |
| | Printed: 5/20/08 | Filed: 5/11/04 |

| | | | | |
|---|---|---|---|---|
| 26. | Sir Finance Corporation | Unsecured | | No Claim Filed |
| 27. | Medco Health Solutions | Unsecured | | No Claim Filed |
| 28. | Internal Revenue Service | Unsecured | | No Claim Filed |
| 29. | Jewel Osco | Unsecured | | No Claim Filed |
| 30. | Hollywood Casino | Unsecured | | No Claim Filed |
| 31. | LaSalle Bank NA | Unsecured | | No Claim Filed |
| 32. | Loyola Medical Center | Unsecured | | No Claim Filed |
| 33. | Pay Day Loans | Unsecured | | No Claim Filed |
| 34. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 35. | Professional Anesthesia | Unsecured | | No Claim Filed |
| 36. | SBC | Unsecured | | No Claim Filed |
| 37. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 38. | Pay Day Loans | Unsecured | | No Claim Filed |
| 39. | Argent Care Inc | Unsecured | | No Claim Filed |
| 40. | Loyola Medical Center | Unsecured | | No Claim Filed |
| 41. | West Suburban Hospital | Unsecured | | No Claim Filed |
| 42. | Westside Pathology | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 52,715.01 | $ 52,623.83 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 200.92 |
| 6.5% | 920.79 |
| 3% | 135.87 |
| 5.5% | 745.51 |
| 5% | 72.88 |
| 4.8% | 664.00 |
| 5.4% | 40.96 |
| | _____ |
| | $ 2,780.93 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

